IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIE GEORGE MOORE, | ) |
| Plaintiff, | ) |
| v. | ) CV 317-002 |
| PHILLIP HALL, Warden/Superintendent; JACOB BEASLEY, CERT Team Sergeant; and JORGE CASTRO, Ex-CERT Team Officer, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Hall and Beasley, along with any official capacity claims for monetary damages against Defendant Castro. Plaintiff may proceed with his Eighth Amendment claim for deliberate indifference to his safety against Defendant Castro, who shall have fourteen days from the date of this Order to file a response to the amended complaint.

SO ORDERED this ___ day of June, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE