IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIE GEORGE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-002 |
| | ) | |
| JORGE CASTRO, Ex-CERT Team Officer, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendant's motion to dismiss. (Doc. no. 38.) The case shall proceed against Defendant only as to the individual capacity claim for money damages based on the actions taken after Inmate Norwood attacked Plaintiff. Defendant shall have fourteen days from the date of this Order to file his answer, and the stay of discovery, (doc. no. 26, p. 6), shall be lifted.

SO ORDERED this 6th day of December, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE