IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIE GEORGE MOORE, | ) |
| Plaintiff, | ) |
| v. | ) CV 317-002 |
| JORGE CASTRO, Ex-CERT Team Officer, | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** any motion for Rule 11 sanctions construed from "The Plaintiff Oppose the Defendant Motion for Summary Judgement Because Violation of the Federal Rule of Civil Procedure 11. Alleging New Defense in Bad Faith," (doc. no. 75), **GRANTS** Defendant's motion for summary judgment, (doc. no. 71), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendant, and **CLOSES** this civil action.

SO ORDERED this 13th day of February, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE